### CHARLES H. ANTHONY vs. COLLIN DUNBAR.

A plaintiff on application to the court, was permitted to issue a new ca. sa. or fi. fa. against defendant ; after a suit had been brought against the sheriff, for the escape of defendant, from the jail limits, on the first fi. fa.; in which suit the sheriff succeeded.

*Motion by plaintiff at last October term for leave to issue a new ca. sa. or fi. fa., in this cause, on the following facts.*—An execution was issued to sheriff of Rensselaer about the 1st day of November, 1842. Said sheriff arrested the defendant in that month, and had him on the jail liberties; on the 20th day of June, 1843, supposing that defendant was off the limits, a suit was commenced against the sheriff for such escape; which suit was tried and the sheriff succeeded on two grounds only. 1. That there was no proof of escape such as would charge the said sheriff. 2. That said Dunbar had returned to the limits before suit brought. Said judgment is in full force and unpaid.

WILLARD AND RAYMOND, *Plffs Attys.*                  A. B. OLIN, *Defts Atty.*

NELSON, Chief Justice.—Granted the motion for a new ca. sa. or fi. fa. Rule accordingly.